UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**FILED - GR**
May 5, 2022 11:46 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: ᒍᗯ  / S-ᒐ

**CASE ASSIGNMENT REVIEW**

Case No. 1:22-cv-389 appears to require review regarding its potential relation to:

Judge: Ray Kent          Case No.:  1:20-cv-1262

**1:22-cv-389**
**Janet T. Neff**
**U.S. District Judge**

Pursuant to Local Civil Rule, I determine the newly filed case:

☐ relates to property involved in an earlier numbered pending suit (3.3.1(d)(iii)(A)(1)) (related)

☒ arises out of the same transaction of occurrence and involves one or more of the same parties as a pending suit (3.3.1(d)(iii)(A)(2)) (related)

☐ involves the validity or infringement of a patent already in suit in any pending earlier numbered case (3.3.1(d)(iii)(A)(3)) (related)

☐ is a refiling of an earlier case that was dismissed or remanded to state court (3.3.1(d)(i)) (refiling)

☐ is a subsequent proceeding to another case (3.3.1(d)(ii)) (subsequent)

Findings:

☒ The matters are deemed related, a refiling, a subsequent proceeding, or otherwise subject to L.Civ.R. 3.3.1(d) and shall be assigned to the presiding judge of the earliest filed case.

☐ The matters are not related. Case shall be randomly assigned.

☐ The matters are potentially cognate cases under L.Civ.R. 3.3.2(c)(i). Case shall be randomly assigned. The undersigned will send a recommendation to the affected judges.

☐ The matters are such that there is a sufficient basis to believe that judicial economy may be served by the assignment to a single judge under L.Civ.R. 3.3.2(b)(iii). Case shall be randomly assigned. The undersigned will send a recommendation to the affected judges.

Date: May 5, 2022

United States Magistrate Judge